UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GHOLAMREZA MALEKPOUR,<br><br>                       Plaintiff,<br><br>       v.<br><br>ENVIRONMENTAL PROTECTION AGENCY and NAPCA,<br><br>                       Defendants. | Case No. C11-2143-MJP<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, proceeding pro se, has filed a motion for leave to proceed in forma pauperis ("IFP") on appeal. Dkt. 39. By minute order dated December 6, 2012, the Court informed plaintiff that his application was deficient because it did not meet the requirements of Federal Rule of Appellate Procedure 24(a)(1). Dkt. 41. The Court gave plaintiff until January 7, 2013 to correct the deficiency. *Id.* To date, plaintiff has failed to correct the deficiency. Accordingly, the Court recommends that plaintiff's application for leave to proceed IFP on appeal be **DENIED**.

Any objections to this Recommendation must be filed no later than **January 24, 2013.** The matter will be ready for the Court's consideration on **January 25, 2013**. Objections shall

///

///

REPORT AND RECOMMENDATION - 1

1 | not exceed ten (10) pages.  The failure to timely object may affect the right to appeal.

2 |     DATED this 10th day of January, 2013.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2