UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GHOLAMREZA MALEKPOUR,

          Plaintiff,

v.

ENVIRONMENTAL PROTECTION AGENCY and NAPCA,

          Defendants.

Case No. C11-2143-MJP

**ORDER DENYING LEAVE TO APPEAL IN FORMA PAUPERIS**

The Court, having reviewed plaintiff's motion for leave to appeal in forma pauperis ("IFP") (Dkt. 39), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's motion for leave to appeal IFP (Dkt. 39) is **DENIED**.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 25 day of January 2013.

MARSHA J. PECHMAN
United States Chief District Judge

ORDER DENYING LEAVE TO APPEAL IN FORMA PAUPERIS - 1